| | |
|---|---|
| 1 | Edward G. Hochuli, Bar #004566 |
| | Heather E. Bushor, Bar #027030 |
| 2 | JONES, SKELTON & HOCHULI, P.L.C. |
| | 2901 North Central Avenue, Suite 800 |
| 3 | Phoenix, Arizona 85012 |
| | Telephone: (602) 263-1719 |
| 4 | Fax: (602) 200-7812 |
| | ehochuli@jshfirm.com |
| 5 | hbushor@jshfirm.com |

Attorneys for Defendant eScreen, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| STEVEN SPIKER and DENISE SPIKER, husband and wife, | NO. CV-13-00334-PHX-GMS |
| Plaintiffs, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF ESCREEN, INC.** |
| v. | |
| SANJIVAN, P.L.L.C. d/b/a/ "BUCKEYE MEDICAL CLINIC," an Arizona professional limited liability company; KAREN PADILLA AND JOHN DOE PADILLA, wife and husband; WAL-MART STORES, INC., a Delaware corporation; WAL-MART TRANSPORTATION, LLC, a foreign LLC; WAL-MART ASSOCIATES, INC., a Delaware corporation; STEPHEN KRACHT, D.O., and JANE DOE KRACHT, husband and wife; ESCREEN, INC., a Delaware corporation; JOHN DOES I-V AND JANE DOES I-V, husband and wife; WHITE CORPORATIONS I-V, | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of Defendant eScreen, Inc. in compliance with the provisions of *(check one)*:

   **X**   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that

3369016.1

identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

_X_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. *(Attach additional pages if needed.)*

   Alere Inc.    Relationship  Parent

_____ Other (please explain)

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

3369016.1        2

DATED this 7th day of October, 2013.

            JONES, SKELTON & HOCHULI, P.L.C.


            By/s/ Heather E. Bushor
             Edward G. Hochuli
             Heather E. Bushor
             2901 North Central Avenue, Suite 800
             Phoenix, Arizona 85012
             Attorneys for Defendant eScreen, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steven H. Harrison
N. Patrick Hall
Harrison & Hall, PLLC
2158 N. Gilbert Road, Suite 113
Mesa, Arizona 85203
Attorneys for Plaintiffs

Kent E. Turley
Perry Childers Hanlon & Hudon, PLC
722 East Osborn Road, Suite 100
Phoenix, AZ 85014
Attorneys for Defendants Sanjivan, PLLC and Karen Padilla

Steven D. Wheeless
Douglas D. Janicik
Lindsay J. Taylor
Steptoe & Johnson LLP
201 E. Washington Street, Suite 1600
Phoenix AZ 85004
Attorneys for Defendant Wal-Mart


/s/ Lisa Drapeau